IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD A. KNIPFER,

    Plaintiff,

v.

DOUG BELIAL,

    Defendant.

ORDER

Case No. 19-cv-880-jdp

Plaintiff Ronald A. Knipfer, a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 21, 2019.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's resident account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Ronald A. Knipfer may have until November 21, 2019 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately May 1, 2019 and ending approximately October 31, 2019.  If, by November 21, 2019, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 31st day of October, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

_____
Plaintiff/Petitioner

v.                                    _____
                                      Case No.

_____
Defendant/Respondent

## NON-PRISONER APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

| Affidavit in Support of the Application | Form Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper. |

_____     _____
Plaintiff/Petitioner Signature              Date Signed

1. For both you and your spouse, estimate the average amount of money received per month from each of the following sources during the past 12 months.

Your employer: _____

Your spouse's employer: _____

| Income Source | Average monthly income over the past 12 months | |
|---|---|---|
| | You | Spouse |
| Wages or Salary (before any deductions) | | |
| Self-Employment | | |
| Gifts | | |
| Retirement or Disability | | |
| Other (specify): | | |
| **Total Monthly Income:** | | |

2. Estimate the average monthly expenses of you and your family. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| Expense Name | Monthly Cost |
|---|---|
| Rent or home mortgage payment | |
| Utilities (electricity, heating fuel, water, sewer, telephone) | |
| Home maintenance | |
| Food | |
| Medical and dental expenses not covered by insurance (copays, etc.) | |
| Insurance (not included in mortgage payments) | |
| Taxes (not included in mortgage payments) (specify): | |
| Installment payments | |
| Maintenance and support paid to others | |
| Other (specify): | |
| **Total Monthly Expenses** | |

3. Persons who rely on you or your spouse for support.

| Name (If under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

4. List the assets, and their values, which you or your spouse own. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | Value |
|---|---|---|
| Home (your residence) | | |
| Other real estate (rental property, etc.) | | |
| Motor Vehicle #1 (year/make): | | |
| Motor Vehicle #2 (year/make): | | |
| Cash on hand | | |
| Checking | | |
| Savings | | |
| Investments (specify): | | |
| Other assets (specify): | | |

5. Debts owed by you or your spouse.

| Debt | | Amount |
|---|---|---|
| Mortgage | | |
| Auto Loans (specify): | | |
| Auto Loans (specify): | | |
| Other debts (specify): | | |
| Other debts (specify): | | |

6. Provide any additional information that is not otherwise listed above.