IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD A. KNIPFER,

                                Plaintiff,                          OPINION and ORDER

        v.
                                                                    19-cv-880-jdp
DOUG BELLILE and LISA POULIE,

                                Defendants.

Plaintiff Ronald A. Knipfer, appearing pro se, is a patient confined at Sand Ridge Secure Treatment Center under Wis. Stat. Chapter 980. He alleges that staff at Sand Ridge limited his right to send mail by ordering him to leave his outgoing mail unsealed for inspection by staff. On September 9, 2020, I granted defendants' motion to dismiss in part: I concluded that Knipfer's original and amended complaints failed to state any federal claims for relief and that he did not establish diversity jurisdiction for any potential state-law claims. *See* Dkt. 18. I gave Knipfer until September 29, 2020, to file an amended complaint fixing his pleading problems. Knipfer has not submitted an amended complaint or otherwise responded to my order. Because Knipfer has failed to amend his complaint and he states no claims for relief that this court can consider, I will dismiss this case.

ORDER

IT IS ORDERED that:

1.  This case is DISMISSED.

2.  The clerk of court is directed to enter judgment for defendants and close the case.

Entered October 13, 2020.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge